# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| | : Civil No.: 300CV244-DJS |
| ALBERT F. DELANEY, JR., ET AL. | : |
| Defendants. | : |

## MOTION FOR ENTRY OF STIPULATED JUDGMENT

The United States, by and through its undersigned counsel, hereby submits the attached stipulated judgment of the parties and moves this court to enter such judgment in the above-captioned case.

Wherefore, the United States prays that this court enter the attached judgment stipulated to by the parties.

Respectfully submitted,

KEVIN J. O'CONNOR
United States Attorney

LISA PERKINS
Assistant United States Attorney

ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 307-6019

## CERTIFICATE OF SERVICE

It is hereby certified that service of the attached **Motion for Entry of Stipulated Judgment** has been made by the undersigned counsel, who caused a copy to be deposited in the United States mail, postage prepaid, this October 30, 2003, addressed as follows:

> Randall J. Carreira
> Attorney at Law
> Box 373
> Bridgewater, CT 06752
>
> Christopher M. Reeves
> Furey, Donovan, Eddy, Kocsis, Tracy & Daly, PC
> 43 Bellevue Avenue
> P.O. Box 670
> Bristol, CT 06011-0670
>
> Michele D. Sensale
> The Witherspoon Law Offices
> 790 Farmington Ave.
> Farmington, CT 06032
>
> Joseph P. Williams
> Shipman & Goodwin, LLP
> One American Row
> Hartford, Connecticut 06103

ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 307-6019