

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,  :
:
Plaintiff,  :
:
v.  :
:  Civil No.: 300CV244-DJS
ALBERT F. DELANEY, JR., ET AL.  :
:
Defendants.  :

## MOTION FOR ENTRY OF STIPULATED JUDGMENT

The United States, by and through its undersigned counsel, hereby submits the attached stipulated judgment of the parties and moves this court to enter such judgment in the above-captioned case.

Wherefore, the United States prays that this court enter the attached judgment stipulated to by the parties.

Respectfully submitted,

KEVIN J. O'CONNOR
United States Attorney

LISA PERKINS
Assistant United States Attorney

ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 307-6019

*[Handwritten margin notes:]*
The Motion for Entry of Stipulated Judgment (doc. #63) is GRANTED. The Judgment entered by the Clerk on May 13, 2003 is hereby ORDERED VACATED. SO ORDERED.

Donna F. Martinez, U.S.M.J.
11/17/03

*[Stamp:]* 2003 NOV 17 P 4:26 U.S. DISTRICT COURT HARTFORD CT