IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| ALBERT F. DELANEY, JR., ET AL. | : Civil No.: 300CV244-DJS |
| Defendants. | : |

## STIPULATION FOR ENTRY OF JUDGMENT

The parties stipulate that Judgment can be entered in favor of the United States and against Albert F. Delaney, Jr., for the unpaid assessed balances of taxes set forth below:

| Period | Type | Assessment Date | Amount |
|---|---|---|---|
| 1985 | Form 1040 Income Tax | 11/24/1993 | $17,866.00 |
| 1986 | Form 1040 Income Tax | 11/24/1993 | $60,126.00 |
|  | Form 941 Withholding Tax (Quarter ending 12/31/1986) | 2/5/1990 | $12,625.32 |
| 1987 | Form 1040 Income Tax | 11/24/1993 | $15,398.00 |
|  | Form 941 Withholding Tax (Quarter ending 3/31/1987) | 2/5/1990 | $9,812.85 |

SO ORDERED.
Donna F. Martinez, U.S.M.J.
11/17/03